1  Alisa A. Martin, State Bar No. 224037
   alisa@amartinlaw.com
2  **AMARTIN LAW, PC**
3  600 West Broadway, Suite 700
   San Diego, CA 92101
4  Telephone:  (619) 308-6880
5  Facsimile:  (619) 308-6881

6

7  Lindsay C. David, State Bar No. 283267
   lcdavid@brennanlawgrp.com
8  **BRENNAN & DAVID LAW GROUP**
9  2888 Loker Avenue East, Suite 302
   Carlsbad, CA 92010
10 Telephone: (760) 730-9408
11 Facsimile:  (760) 888-3575

12

13 *Attorneys for Plaintiff and the Class*

14

15 **IN THE UNITED STATES DISTRICT COURT**

16 **SOUTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| Antonia Burrell, on behalf of herself, the General Public, and all others similarly situated, | Case No. 3:19-cv-00929-JLS-BLM |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF DISMISSAL** |
| IKEA US RETAIL LLC, a Virginia Corporation, and IKEA NORTH AMERICA SERVICES, LLC, a Virginia Corporation, | |
| Defendants. | |

-1-

1  PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed
2  without prejudice, in its entirety and as to all parties, complaints and causes of
3  action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A).
4  Respectfully Submitted,

Dated: September 14, 2020        AMARTIN LAW, PC

                                s/ Alisa Martin_____
                                Alisa Martin


Dated: September 14, 2020        BRENNAN & DAVID LAW GROUP

                                s/ Lindsay David_____
                                Lindsay David

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served September 14, 2020, with a copy of this document via e-mail/electronic service. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*s/ Lindsay David*